# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AARON ANTOINE BURNETT

NO. 2024 KW 0919

NOVEMBER 4, 2024

---

In Re:    Aaron Antoine Burnett, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2830-F-2023.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.** <u>See</u> this court's prior action in **State v. Burnett,** 2024-0720 (La. App. 1st Cir. 9/10/24), 2024 WL 4132162 (unpublished).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT